**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | | |
|---|---|---|
| **THE DIGITAL AGE MUSIC PUBLISHING, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:18-cv-00451** |
| **v.** | ) | |
| | ) | **JURY DEMAND** |
| **MARK HALL, BERNHARD HERMS, PROVIDENT LABEL GROUP, LLC, CAPITOL CHRISTIAN MUSIC GROUP, INC. d/b/a SPARROW SONG, 1111 MANAGEMENT, INC. d/b/a G650 MUSIC, and SONGS OF UNIVERSAL, INC.,** | ) ) ) ) ) ) | **Crenshaw/Newbern** |
| | ) | |
| **Defendants.** | ) | |

---

## NOTICE OF DISMISSAL WITH PREJUDICE

---

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby gives notice of dismissal of the above-styled action with prejudice. No Defendant has been served and no Defendant has served an answer or a motion for summary judgment.

Respectfully submitted,

s/ Michael A. Johnson
W. W. Frank Wilbert (#23090)
Michael A. Johnson (#30210)
KAY GRIFFIN, PLLC
222 Second Ave. North, Suite 340-M
Nashville, TN 37201
(615) 742-4800
frank.wilbert@kaygriffin.com
michael.johnson@kaygriffin.com
*Attorneys for Plaintiff*